UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NEW ORLEANS SAINTS, LLC. and NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL | * * * * | CIVIL ACTION<br><br>NO. 2011-2093 |
| Versus | * * | SECTION _____ |
| CAM CLEELAND, RODERICK COLEMAN, DONTA JONES, MICHAEL LEWIS, VICTOR RILEY, TERRELLE SMITH, DAMON NIVENS, PHIL MCGEOGHAN, And NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION | * * * * * * | MAG. JUDGE _____ |

*******************************************

## CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, New Orleans Saints, L.L.C. and National Football League Management Council, who, pursuant to Fed. R. Civ. Proc. 7.1, state that there is no such parent corporation or other corporation holding stock in the New Orleans Saints, LLC and National Football League Management Council.

Respectfully submitted,

ADAMS AND REESE LLP

/s/ Christopher J. Kane
BROOKE DUNCAN, III, #17944

CHRISTOPHER J. KANE, #29282, T.A.
4500 One Shell Square
New Orleans, LA 70139
Telephone: 504-581-3234
Fax: 504-566-0210
Attorneys for Plaintiffs